**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 335 WAL 2017 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JARED PAUL SCHILLINGER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**. The "Petition to File Post-Submission Communications Pursuant to Pa.R.A.P. 2501" is also **DENIED**.